ROBERTUS F. TROY, Respondent, *v.* RUTLAND RAILROAD COMPANY, Appellant.

*Negligence — railroads — injury from being struck by train at grade crossing — failure to give warning of approach of train.*

*Troy* v. *Rutland R. R. Co.*, 191 App. Div. 932, affirmed.

(Argued October 27, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 5, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while driving along the Albany and Pittsfield state highway, which crosses defendant's railroad at grade near Brainards, about six-forty-five P. M. on a day in January, was struck by one of defendant's trains at such crossing and received the injuries complained of. Plaintiff alleged that defendant was negligent in failing to post proper signs and to give warning of the approach of the train.

*Jarvis P. O'Brien* and *Martin L. Murray* for appellant.
*John T. Norton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

GERALD MORRELL, Respondent, *v.* BROOKLYN BOROUGH GAS COMPANY, Appellant.

(Submitted November 21, 1921; decided November 22, 1921.)

Motion to amend remittitur denied, with ten dollars costs. (See 231 N. Y. 617.)